UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

In the matter of:

ANDREW COREY and
CATHERINE TUBERGEN,
On Behalf of Themselves
and All Others Similarly Situated

       Plaintiff,                              Case No. 1:16-cv-00481
v.                                                  Hon. Janet T. Neff

MONEY RECOVERY NATIONWIDE assumed name
of NATIONWIDE COLLECTION AGENCIES, INC.,

       Defendant(s).

_____/

## NOTICE OF DISMISSAL

Now come the Plaintiffs Andrew Corey and Catherine Tubergen ("Plaintiffs") by and through their attorneys, the Law Offices of Nicholas A. Reyna P.C., and Co-Counsel, The Law Offices of Brian P. Parker, PC on behalf of the Plaintiffs and all others similarly situated against Money Recovery Nationwide, assumed name of Nationwide Collection Agencies, Inc. ("Defendant"), and hereby state the following:

THEREFORE, the Plaintiffs agree through counsel of record pursuant to Federal Rule of Civil Procedure 41(a)(1) to dismiss the above-captioned matter with prejudice against the Defendant.  The dismissal completely terminates the above-entitled action against the Defendant.

                                                         LAW OFFICES OF BRIAN P. PARKER, P.C.

                                                         /s/Brian P. Parker_____
                                                         Brian P. Parker (P48617)
DATED: July 7, 2016                        Attorney for Plaintiffs and the Proposed Class
                                                         Members

|  |  |
|---|---|
|  | LAW OFFICES OF NICHOLAS A. REYNA, P.C. |
| DATED: July 7, 2016 | /s/ Nicholas A. Reyna<br>NICHOLAS A. REYNA (P68328)<br>Attorney for Plaintiff and the Proposed Class Members |